UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-60452-CIV-ALTMAN

HOWARD COHAN,

    Plaintiff,

vs.

TOMMY BAHAMA R&R HOLDINGS, INC.,
d/b/a TOMMY BAHAMA MARLIN BAR,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, TOMMY BAHAMA R&R HOLDINGS, INC., d/b/a TOMMY BAHAMA MARLIN BAR ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties ten (10) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated:  4/6/2021

| BY: *s/ Jason S. Weiss* | BY: *s/ Nelson C. Bellido* |
|---|---|
| Jason S. Weiss | Nelson C. Bellido |
| Jason@jswlawyer.com | **ROIG Lawyers** |
| Florida Bar No. 356890 | 44 W. Flagler Street |
| **WEISS LAW GROUP, P.A.** | Suite 2100 |
| 5531 N. University Drive | Miami, FL 33130 |
| Suite 103 | Tel: (305) 405-0997 Ext. 1614 |
| Coral Springs, FL 33067 | Fax: (305) 405-81022 |
| Tel: (954) 573-2800 | nbellido@roiglawyers.com |
| Fax: (954) 573-2798 | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |