UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60452-CIV-ALTMAN

**HOWARD COHAN**,

    *Plaintiff*,

*v.*

**TOMMY BAHAMA R&R HOLDINGS, INC.**,

    *Defendant*.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the Parties' Stipulation of Dismissal with Prejudice [ECF No. 15]. Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs, except as otherwise agreed to.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of April 2021.

                                                      **ROY K. ALTMAN**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record